**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 20-80394-CV-MIDDLEBROOKS/Reid

JOSE EDGARDO DIAZ,

    Petitioner,

v.

SEC'Y FLA. DEP'T CORR.,

    Respondent.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT**

THIS CAUSE comes before the Court on Magistrate Judge Lisette Reid's Report (DE 16), recommending denial of Petitioner Jose Edgardo Diaz's *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 (DE 1). Judge Reid's Report was issued on April 30, 2021. The time for filing objections has long expired, and Petitioner has not filed objections nor sought an extension of time to do so.

Upon review of the Report and the record as a whole, I agree with Magistrate Judge Reid's conclusion that the petition in this case should be denied, and that no certificate of appealability should issue. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Magistrate Judge Reid's Report (DE 16) is hereby **ADOPTED**.

(2) Jose Edgardo Diaz's *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 (DE 1) is **DENIED**.

(3) No evidentiary hearing is warranted.

(4) No certificate of appealability shall issue.

(5) Final judgment will be entered by separate order.

**SIGNED** in Chambers in West Palm Beach, Florida, this 28th day of July, 2021.

_____
Donald M. Middlebrooks
United States District Judge

Copies to:  Counsel of Record;
　　　　　　Jose Edgardo Diaz
　　　　　　B08352
　　　　　　South Bay Correctional Facility
　　　　　　Inmate Mail/Parcels
　　　　　　600 U S Highway 27 South
　　　　　　South Bay, FL 33493-2233
　　　　　　PRO SE